

FILED
CLERK, U.S. DISTRICT COURT
MAY 29 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE McDOWELL,<br><br>        Plaintiff,<br><br>    vs.<br><br>ABDUL BINFAMOUD et al.,<br><br>        Defendants. | Case No. CV 14-2064-PA (JPR)<br><br>**J U D G M E N T** |

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: May 29, 2014

_____
PERCY ANDERSON
U.S. DISTRICT JUDGE